# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON, | No. 57876-0-II |
| Respondent, | |
| v. | |
| WILLIAM MATTHEW WATSON, | ORDER GRANTING MOTION FOR RECONSIDERATION AND WITHDRAWING OPINION |
| Appellant. | |

Appellant, William Watson, moves this court to reconsider its July 23, 2024 opinion. After consideration, we grant the motion. The July 23, 2024 opinion is withdrawn and a new opinion will be filed in due course. It is

SO ORDERED.

Panel: Jj. Cruser, Veljacic, Che

FOR THE COURT:

_____
Veljacic, J.